UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA G. RIOS, Plaintiff, v. CITY OF CHULA VISTA, et al., Defendants. | Case No.: 3:26-cv-4607-CAB-JLB<br>**ORDER DENYING MOTION FOR LEAVE TO AMEND**<br>[Doc. No. 5] |

On September 18, 2026, the Court denied Plaintiff Lorena G. Rios's motion to proceed *in forma pauperis* ("IFP") and her motion for leave to electronically file documents. [Doc No. 4.] On September 23, 2026, Plaintiff filed a motion for leave to file her first amended complaint. [Doc No. 5.]

Per the Court's prior Order, [Doc. No. 4], Plaintiff has until October 16, 2026 to file an amended motion to proceed IFP or pay the required civil filing fee to avoid dismissal. If Plaintiff's amended motion to proceed IFP is granted or she pays the civil filing fee, Plaintiff has the right to amend her complaint as a matter of course. Fed. R. Civ. P. 15(a)(1). The Court also notes that if Plaintiff's adult daughter wishes to join as a pro se plaintiff, then her daughter must also qualify for IFP status and sign any amended

complaint. *See Anderson v. California*, No. 10-cv-2216, 2010 WL 4316996, at *2 (S.D. Cal. Oct. 27, 2010). Accordingly, the Court **DENIES** Plaintiff's motion for leave to file her first amended complaint.

It is **SO ORDERED**.

Dated: September 25, 2026

Hon. Cathy Ann Bencivengo
United States District Judge